Affirmed and
Memorandum Opinion filed February 4, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00440-CR

____________

 

MUIRAJCIO ARGUETA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 248th District Court

Harris County, Texas

Trial Court Cause No. 1209132

 

 

 



MEMORANDUM
OPINION

            Appellant Muirajcio Argueta entered a not guilty plea to burglary
of a habitation with intent to commit theft.  He was convicted by a jury and
the trial court sentenced him to confinement for 25 years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a timely
notice of appeal.

            Appellant’s appointed counsel filed a brief in which he
concludes this appeal is wholly frivolous and without merit.  The brief meets
the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct. 1396
(1967), by presenting a professional evaluation of the record and possible
issues for appeal.  See High v. State, 573 S.W.2d 807, 811–12 (Tex.
Crim. App. 1978).

            A copy of counsel’s brief was delivered to appellant.  Appellant
was advised of the right to examine the appellate record and file a pro se
response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App.
1991).  As of this date, more than 60 days have elapsed and no pro se response
has been filed.

            We have carefully reviewed the record and counsel’s brief and
agree the appeal is wholly frivolous and without merit.  Further, we find no
reversible error in the record.  A discussion of the brief would add nothing to
the jurisprudence of the state.  We are not to address the merits of each claim
raised in an Anders brief or a pro se response when we have determined
there are no arguable grounds for review.  See Bledsoe v. State, 178
S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

            Accordingly, the judgment of the trial court is affirmed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Yates, Seymore, and Brown. 

Do Not Publish — Tex. R. App. P. 47.2(b).